IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| JOSEPH BELL | § | |
| VS. | § | CIVIL ACTION NO. 9:17cv44 |
| THE USPS CITY OF TEXAS LOVELADY INC., ET AL. | § | |

### ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Joseph Bell, an inmate at the Eastham Unit in Beaumont, Texas, proceeding *pro se*, brought the above-styled lawsuit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends this action be dismissed as barred by 28 U.S.C. § 1915(g).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record and pleadings. Plaintiff filed objections to the Magistrate Judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b).

Plaintiff's objections are largely unintelligible and appear unrelated to the substance of the Report. While plaintiff filed a general objection to the findings and conclusions of the Magistrate Judge, he made no specific intelligible objections. After careful consideration, the court concludes plaintiff's objections are without merit. For the reasons set forth in the Report, plaintiff's complaint is barred from proceeding on an *in forma pauperis* basis pursuant to 28 U.S.C. § 1915(g).

### O R D E R

Accordingly, plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A

final judgment will be entered in this case in accordance with the United States Magistrate Judge's Report and Recommendation.

**So Ordered and Signed**
**Nov 4, 2017**

_____
Ron Clark, United States District Judge